UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENETTE POOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PASQUAN LIMITED PARTNERSHIP, LLP, et al., <br><br> Defendants. | Case No.  14-cv-04264-JST <br><br> **ORDER TO FILE NOTICE OF SETTLEMENT** <br><br> Re: ECF No. 28 |

The Court has received a Certification of ADR Session dated May 22, 2015, stating that the parties have fully settled this case. ECF No. 28. Within seven days of the date of this order, the parties shall file either a notice of settlement or a statement informing the Court that that the case has not settled. If the parties file a notice of settlement, the Court will then set a deadline to file a stipulation of dismissal.

IT IS SO ORDERED.

Dated: June 4, 2015

_____
JON S. TIGAR
United States District Judge