UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENETTE POOR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PASQUAN LIMITED PARTNERSHIP, LLP, et al.,<br><br>    Defendants. | Case No. 14-cv-04264-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 30 |

The parties stated on the record on June 5, 2015, that they have settled this action. See ECF No. 30. Accordingly, all deadlines and hearings in this case are vacated. By July 20, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on August 5, 2015, at 2:00 p.m., which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

IT IS SO ORDERED.

Dated: June 8, 2015

_____
JON S. TIGAR
United States District Judge