UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENETTE POOR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PASQUAN LIMITED PARTNERSHIP, LLP, et al.,<br><br>    Defendants. | Case No. 14-cv-04264-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 34 |

The parties have filed a stipulation of dismissal dated July 14, 2015, stating that they have agreed to dismissal of this action. ECF No. 34. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: July 17, 2015

_____
JON S. TIGAR
United States District Judge